IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| RUSSELL STRINGER, Individually, and on Behalf of all Others Similarly Situated, | § § § | |
| *Plaintiff,* | § | NO.  MO:19-CV-032 DC |
| V. | § | |
| | § | |
| MCDANIEL TECHNICAL SERICES, INC., | § | |
| *Defendant.* | | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Stipulation of Dismissal With Prejudice (Doc. 15) filed April 26, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 30th day of April, 2019.


DAVID  COUNTS
UNITED STATES DISTRICT JUDGE